Form 1-1

# UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 1

| | |
|---|---|
| BRAL Corporation <br><br> **Plaintiff,** <br><br> v. <br><br> **UNITED STATES,** <br><br> **Defendant.** | **S U M M O N S**  20-00154 |

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ **Mario Toscano**
Clerk of the Court

## PROTEST

| Port of Entry: | Cleveland, Ohio | Date Protest Filed: | 12/23/2019 |
|---|---|---|---|
| Protest Number: | 410119100808 | Date Protest Denied: | 03/05/2020 |
| Importer: | BRAL Corporation | | |
| Category of Merchandise: | Plywood | | |

## ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 94900087225 | 01/15/2018 | 12/20/2019 | 94900088132 | 01/22/2018 | 3/13/2020 |
| 94900089270 | 01/22/2018 | 12/20/2019 | EE903001430 | 08/16/2017 | 12/20/2019 |
| EE903041212 | 02/09/2018 | 12/20/2019 | EE903042897 | 02/19/2018 | 12/20/2019 |
| EE903044927 | 03/02/2018 | 12/20/2019 | EE903047474 | 03/11/2018 | 12/20/2019 |

Port Director,

6747 Engle Road
Middleburg Heights, OH 44130

Address of Customs Port in
Which Protest was Denied

Robert Kevin Williams
Clark Hill PLC
130 E Randolph St, Suite 3900
Chicago, IL 60601
312-933-0117

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | 19 USCA 1401a(a)(1)(A) | The merchandise was originally appraised $762,336. |
| Protest Claim: | 19 USCA 1401a(a)(1)(A) Value Adjustment pursuant to 19 CFR 158.12 | The defective merchandise has a salvage value of $143,753.71. |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| | | | | |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:

The plywood was defective at the time of importation. It was supposed to be melamine coated marine grade eucalyptus plywood suitable for use on roll-up doors for the transportation industry. The manufacturer used a glue that caused the plywood to de-laminate when exposed to weather elements. Product did not meet specifications. Protest requested value adjustment pursuant to 19 CFR 158.12.

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

/s/ Robert Kevin Williams
*Signature of Plaintiff's Attorney*

08/14/2020
*Date*

# SCHEDULE OF PROTESTS

Cleveland, OH
_____
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 410119100808 | 12/23/2019 | 03/05/2020 | EE903068496 | 06/14/2018 | 12/20/2019 |
| 410119100494 | 10/25/2019 | 03/05/2020 | EE903022972 | 11/13/2017 | 05/03/2019 |
|  |  |  | EE903026668 | 11/29/2017 | 05/03/2019 |
|  |  |  | EE903029357 | 12/12/2017 | 05/03/2019 |

Port Director of Customs,

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)