UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. JENNIFER CHOE-GROVES, JUDGE

|  |  |
|---|---|
| BRAL CORPORATION, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> UNITED STATES, : <br> : <br> Defendant. : <br> : | Court No. 20-00154 |

## JOINT STATUS REPORT

In accordance with the Court's order of November 20, 2023, ECF No. 47, directing the parties to file a joint status report on or before January 16, 2024, the parties hereby jointly advise the Court of the status of settlement efforts in this action.

The parties have agreed to a settlement that resolves all claims in this action. The parties will be filing a joint stipulation of dismissal of this action today. If the Court should require anything further from the parties at this time, the parties stand ready to address any such inquiries.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

/s/ R. Kevin Williams
R. Kevin Williams
CLARK HILL
130 E. Randolph Street, Suite 3900
Chicago, IL 60601
312.985.5907
Attorneys for Plaintiff

PATRICIA M. McCARTHY
Director

By:   /s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

/s/ Alexander Vanderweide
ALEXANDER VANDERWEIDE
Senior Trial Counsel
LUKE MATHERS
Trial Attorney
Civil Division, U.S. Dept. of Justice
Commercial Litigation Branch
26 Federal Plaza
New York, New York 10278
Tel. (212) 264-9230
Attorneys for Defendant

Dated: January 16, 2024