UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. JENNIFER CHOE-GROVES, JUDGE

| | | |
|---|---|---|
| BRAL CORPORATION, | : | |
| Plaintiff, | : | Court No.  20-00154 |
| v. | : | |
| UNITED STATES, | : | |
| Defendant. | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that, in accordance with the terms of a settlement agreement that resolves all claims in this action, plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal with prejudice signed by all parties who have appeared in this action, hereby dismisses this action.

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General

By: _____

R. Kevin Williams
CLARK HILL
130 E. Randolph Street, Suite 3900
Chicago, IL 60601
312.985.5907
Attorneys for Plaintiff

PATRICIA M. McCARTHY
Director

By: _____

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

ALEXANDER VANDERWEIDE
Senior Trial Counsel
LUKE MATHERS
Trial Attorney
Civil Division, U.S. Dept. of Justice
Commercial Litigation Branch
26 Federal Plaza
New York, New York 10278
Tel. (212) 264-9230
Attorneys for Defendant

Dated: January 12, 2024

## Order of Dismissal

This action, having been voluntarily stipulated by dismissal, with prejudice, by all parties having appeared in the action, is dismissed.


Dated: _____

Clerk, U.S. Court of International Trade



By: _____
       Deputy Clerk